*rev.8/1/18*

| UNITED STATES BANKRUPTCY COURT |  |  |
|---|---|---|
| DISTRICT OF NEW JERSEY |  |  |
| In Re: **Daniel A Russo** | Case No. | **19-18212** |
|  | Chapter: | **13** |
|  | Judge: |  |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, **Daniel A Russo**, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☐ I am not required to pay domestic support obligations.

   ☑ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: **May 3, 2024**          /s/ **Daniel A Russo**
                               **Daniel A Russo**
                               Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*